# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| CRISTOBAL PASCUAL, DAVID JIMENEZ, and OSCAR PARRA, on behalf of themselves and all similarly situated individuals ) ) ) ) | |
| ) | COLLECTIVE ACTION |
| *Plaintiffs,* ) | CASE NO. 4:14-cv-00008 |
| ) | |
| v. ) | Judge Harry S. Mattice, Jr. |
| ) | Magistrate Judge Susan K. Lee |
| CORSICANA BEDDING, INC., ) | |
| ) | |
| *Defendant.* ) | |

## (PROPOSED) NOTICE OF CONSENT TO BECOME PARTY PLAINTIFF

I hereby give my consent to be a party plaintiff in this case, and agree to be bound by any settlement or judgment of the Court in this action. I understand that this lawsuit has been filed against the above-named defendants to recover alleged unpaid overtime compensation and other damages and relief available under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: _____      _____
                                                                                           SIGNATURE

                                                                                           _____
                                                                                           NAME (Please Print Clearly)

## PLAINTIFF MUST COMPLETE CONTACT INFORMATION ON REVERSE SIDE

# PLAINTIFF CONTACT INFORMATION

Name: _____

Address: _____

City: _____   State: _____   Zip Code: _____

Phone: _____   Email: _____

Last Four Digits of Social Security Number: _____

> Please return to:
> **Barrett Johnston Martin & Garrison, LLC**
> Bank of America Plaza
> 414 Union Street, Suite 900
> Nashville, TN  37219